UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS,<br>　　　　Plaintiff,<br>　　v.<br>JERRY BROWN, et al.,<br>　　　　Defendants. | Case No. 17-05689 EJD (PR)<br>**ORDER OF TRANSER** |

Plaintiff, who is currently being housed at the California State Prison in Lancaster within Los Angeles County ("CSP-LAC"), filed a pro se civil rights complaint against the prison officials at CSP-LAC challenging a Rules Violation Report.[1] (Docket No. 8.) Because the acts complained of occurred in Los Angeles County, which lies within the venue of the Western Division for the Central District of California, *see* 28 U.S.C. § 84(c), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

---

[1] This action was opened by the receipt of a letter filed by Plaintiff on October 3, 2017. (Docket No. 1.) In response to a Clerk's notice regarding the failure to file a proper complaint, Plaintiff filed a complaint on December 5, 2017. (Docket No. 8.) Nevertheless, the matter still could not proceed because Plaintiff's In Forma Pauperis ("IFP") Application continued to be deficient. (See Docket Nos. 10, 13, 15.) Plaintiff finally filed a complete IFP application on May 7, 2018. (Docket No. 17.)

Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Western Division for the Central District of California.

**IT IS SO ORDERED.**

Dated: 12/11/2018

EDWARD J. DAVILA
United States District Judge

Order of Transfer
PRO-SE\EJD\CR.17\05689Harris_transfer (CD)

2